WO

```
                          ☒ FILED      ___ LODGED
                          ___ RECEIVED ___ COPY

                              MAY 2 4 2006

                          CLERK U S DISTRICT COURT
                            DISTRICT OF ARIZONA
                          BY_____DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 02-50118-1-PCT-JAT |
| Plaintiff, | ) | |
| vs. | ) | |
| Watson John Gaddy, Jr., | ) | **ORDER** |
| Defendant. | ) | |

A detention hearing on the Petition on Supervised Release was held on May 23, 2006.

**THE COURT FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 23rd day of May, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge